| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **19-CI-00608**<br>Court:  **CIRCUIT**<br>County: **CLARK** |

*Plantiff,* SPANGLER, MINNIE VS. NATIONAL RURAL ELECTRIC COOPERATIVE ASS, *Defendant*

TO:  CT CORPORATION
     1015 15TH STREET SW, SUTIE 1000
     WASHINGTON, DC 20005

Memo: Related party is NATIONAL RURAL ELECTRIC COOPERATIVE ASSN.

The Commonwealth of Kentucky to Defendant:
**NATIONAL RURAL ELECTRIC COOPERATIVE ASSN.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Martha M. Miller*
Clark Circuit Clerk
Date: **11/19/2019**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 ____

Served By _____

Title _____

Summons ID: 205208414574601@00000124411
CIRCUIT: 19-CI-00608 Certified Mail
SPANGLER, MINNIE VS. NATIONAL RURAL ELECTRIC COOPERATIVE ASS



Page 1 of 1

**eFiled**

Filed        19-CI-00608    11/19/2019        Martha M. Miller, Clark Circuit Clerk

COMMONWEALTH OF KENTUCKY
CLARK CIRCUIT COURT
____ DIVISION
CIVIL ACTION NO. 19-CI-_____

*ELECTRONICALLY FILED*

MINNIE SPANGLER                                                                                  PLAINTIFF

v.                                        **COMPLAINT**

NATIONAL RURAL ELECTRIC
COOPERATIVE ASSOCIATION

    Serve:    Kentucky Secretary of State
                Pursuant to KRS 454.210 (see Paragraph 3)
                Summons Branch
                700 Capital Avenue, Suite 86
                Frankfort, Kentucky 40601                                        DEFENDANT

* * * * *

Comes the Plaintiff, Minnie Spangler ("Minnie"), by counsel, and for her Complaint against Defendant, National Rural Electric Cooperative Association ("NRECA"), states as follows:

1. Minnie is currently a citizen, resident and domiciliary of Cullowhee, Jackson County, North Carolina and was at all times relevant herein a citizen, resident and domiciliary of Winchester, Clark County, Kentucky.

2. Minnie is the widow and Administratrix of the Estate of Danny Spangler ("Danny"), by Order of the Clark (Kentucky) District Court.

3. NRECA is and was at all times herein a national service organization/association composed of multiple individual electric cooperatives, including East Kentucky Power

Filed        19-CI-00608    11/19/2019        Martha M. Miller, Clark Circuit Clerk

Cooperative, Inc. ("EKPC"), which is located in Winchester, Clark County, Kentucky. NRECA has a principal office at 4301 Wilson Boulevard, Arlington, Virginia 22203 and designated CT Corporation at 1015 15th Street SW, Suite 1000, Washington, District of Columbia 20005 as its Registered Agent. Pursuant to KRS 454.210, the Kentucky Secretary of State is the statutory agent for NRECA.

4. NRECA administers and oversees various employee benefit plans of its member cooperatives, including the Retirement Security Plan and 401(k) Pension Plan of EKPC (the "RSP").

5. Danny was an employee of EKPC in Winchester, Clark County, Kentucky, for many years until his death on October 11, 2014.

6. As an employee of EKPC, Danny participated in, personally contributed to, and received employer contributions to the RSP that was sponsored, controlled, and managed by NRECA.

7. At the time of his death, Danny was fully vested in the RSP.

8. After Danny's death, Minnie was initially notified that that NRECA would only distribute one-half of Danny's fully vested RSP benefits and would not distribute interest on Danny's non-taxable RSP employee contributions (the "initial denial").

9. After the initial denial, Minnie timely appealed the decision in a letter to NRECA dated January 2, 2018 (the "first appeal").

10. NRECA denied the first appeal in a letter dated April 9, 2018 (the "second denial").

11. Pursuant to the RSP's Claims Procedure, Minnie, by counsel, submitted a Claim Review (Appeal), to NRECA on July 25, 2018 (the "final appeal").

Filed 19-CI-00608 11/19/2019 Martha M. Miller, Clark Circuit Clerk

12. On or after November 21, 2018, Minnie received a letter from NRECA denying her final Appeal (the "final decision").

13. Pursuant to the RSP, "[a]ny application for judicial review of a decision by the Committee may be made only after the claims review procedure of this section is exhausted and must commence within one year of the date on which the Committee renders its final decision to the claimant in writing."

## COUNT I

14. Minnie has fully exhausted the claims review procedure of the RSP set out in Paragraphs 9-13, above, and is entitled to judicial review of the initial denial, the second denial and the final decision.

## COUNT II

15. The RSP and conduct of NRECA, set out above, are governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 ("ERISA").

16. The conduct of NRECA set out above was arbitrary and capricious, violated the express terms of ERISA and based upon ambiguous, vague, unconscionable, and/or otherwise unenforceable RSP provisions and interpretations thereof.

17. Pursuant to ERISA, including, but not limited to, the remedies set out in § 502(a), Minnie is entitled to 100% of Danny's vested RSP benefits, interest on Danny's non-taxable employee contributions, pre-judgment interest, post-judgment interest, costs, reasonable attorney's fees, and all other legal, statutory and equitable relief to which she is entitled, each and all in a sum in excess of any minimum dollar amount necessary to establish the jurisdiction of this Court.

WHEREFORE, the Plaintiff, Minnie Spangler, demands Judgment against the Defendant, National Rural Electric Cooperative Association, for all legal, statutory, equitable and other

Filed         19-CI-00608    11/19/2019         Martha M. Miller, Clark Circuit Clerk

remedies authorized by ERISA and other controlling law, pre-judgment interest, post-judgment interest, costs, attorney fees, and all other relief to which she is entitled.

                    Respectfully submitted,

                    Escum L. Moore, III
                    Moore & Moore, PLLC
                    141 Prosperous Place, Suite 22B
                    Lexington, Kentucky 40509
                    (859)368-8900
                    Fax (859)422-5930
                    trey@moorepllc.com

                    /s/ Escum L. Moore, III

                    _____
                    COUNSEL FOR PLAINTIFF

Package:000006 of 000006     Presiding Judge: HON. JEAN C. LOGUE (625304)     Package : 000006 of 000006